UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ELK GROVE, et al.,<br><br>Defendants. | No. 2:23-cv-00057-TLN-CKD<br><br><br>**ORDER** |

    Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

    On April 4, 2023, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. On May 19, 2023, Plaintiff was granted a thirty-day extension of time to file objections. Plaintiff did not file any objections. The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 4, 2023 (ECF No. 3) are ADOPTED IN FULL;
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED as moot;
3. The action is DISMISSED for lack of subject matter jurisdiction; and
4. The Clerk of Court is directed to close this case.

Date:  August 4, 2023

　　　　　　　　　　　　　　　　　　　　　　
Troy L. Nunley
United States District Judge